UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL BEAVER,

    Petitioner,

        v.                                                          Civil No. 11-cv-658-JPG

UNITED STATES OF AMERICA,                      Criminal No 08-cr-30158-JPG

    Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Michael Beaver's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed.

**DATED: November 16, 2012**          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                                     By:s/Deborah Agans, Deputy Clerk

**Approved:**     s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**